United States District Court
Southern District of Texas
FILED

OCT 0 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAMON GARCIA                        §
Plaintiff,                          §
                                    §
V.                                  §            C.A. NO. B-02-160
                                    §
JULIAN RODRIGUEZ  AND               §
LAW OFFICE OF JULIAN                §
RODRIGUEZ,                          §
Defendants                          §

## DEFENDANT'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

Pursuant to the Order of Conference received, Defendants **JULIAN RODRIGUEZ,**

**JR AND the LAW OFFICE OF JULIAN RODRIGUEZ, JR.**, states that they are currently

aware of the following persons, association of persons, firms, partnerships, corporations,

affiliates, parent corporations, or other entities that they believe may be financially

interested in the outcome of this litigation:

### DEFENDANTS

JULIAN RODRIGUEZ, JR.
100 W. Pecan
McAllen, Texas 78501

### PLAINTIFFS

RAMON GARCIA
222 W. University Drive
Edinburg, Texas 78539

LAW OFFICE OF RAMON GARCIA P.C.
222 W. University Drive
Edinburg, Texas 78539

Defendant are unaware of any other financially interested parties as to Plaintiff's

claims against Defendant at this time.

A \DISCLOSUREINTERESTEDPARTIES JULIAN wpd                1

Respectfully submitted,

By:_____

JULIAN RODRIGUEZ, JR.
Attorney in Charge
Texas State Bar No: 17146770
Federal ID No. 15112

LAW OFFICE OF JULIAN RODRIGUEZ, JR.
100 W. Pecan
McAllen, Texas 78501
(956) 682-8801 Office
(956) 682-4544 Fax

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendant's Disclosure of Financially Interested Parties has been sent as indicated below, pursuant to the Texas Rules of Civil Procedure on this the _____3rd_____ day of October, 2002 to:

**LAW OFFICE OF RAMON GARCIA, P.C.**                    **VIA FIRST CLASS MAIL**
Attn: Mr. Ramon Garcia
222 W. University Dr.
Edinburg, TX 78539

**ATTORNEY FOR PLAINTIFF**

**JULIAN RODRIGUEZ, JR.**
**ATTORNEY FOR DEFENDANTS**