IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAMON GARCIA<br>    Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | C.A. NO. B-02-160 |
| JULIAN RODRIGUEZ AND<br>LAW OFFICE OF JULIAN<br>RODRIGUEZ,<br>    Defendants | §<br>§<br>§<br>§<br>§ | |

## DEFENDANTS' MOTION FOR RECONSIDERATION ON ATTORNEYS' FEES AND COST

### A. Introduction

1. On December 17, 2002, the Court considered and granted Plaintiff's Motion to Remand this action to State Court and awarded Plaintiff Attorneys' Fees and Cost in the amount of $2,400.

2. Defendants file this motion for reconsideration and ask the Court to reconsider Plaintiff's award on attorneys' fees and cost.

### B. Argument

3. Plaintiff is not entitled to an award of attorneys' fees and cost because Defendants did not wrongfully or in bad faith remove this case to Federal Court. Defendants sought removal under a good faith argument, considering the best interest of all individuals affected by this action, and considering judicial efficiency in removing this action for the purpose of consolidating same with an already existing action in this same forum. Defendants did not act unreasonably under a bad faith argument and Defendants did not act for the purpose of delaying the judicial process.

1

Therefore, Defendants' conduct was not sanctionable and Plaintiff is not entitled to an award of attorneys' fees and cost.

4. Defendants as a legal advocate have the right to bring arguments that may be interpreted in different ways by the court. The Defendants attempted to argue in favor of removing this case to federal court and provided case law in support of their position which was not accepted by this honorable court but does not make the position being presented by the Defendants as sanctionable.

5. For these reasons, the Court should deny Plaintiff's request for attorney fees and cost.

Respectfully submitted,

**LAW OFFICE OF JULIAN RODRIGUEZ, JR.**
**100 W. PECAN**
**MCALLEN, TEXAS 78501**
**TEL: (956) 682-8801**
**FAX: (956) 682-4544**

By: _____
JULIAN RODRIGUEZ, JR.
Texas State Bar No: 17146770
ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAMON GARCIA<br>　　　Plaintiff, | §<br>§<br>§<br>§　　C.A. NO. B-02-160<br>§ |
| JULIAN RODRIGUEZ AND<br>LAW OFFICE OF JULIAN<br>RODRIGUEZ,<br>　　　Defendants | §<br>§<br>§<br>§ |

## ORDER

On _____, the court considered Defendants' Motion for Reconsideration on Attorneys' fees and cost. After considering the motion, the court

**GRANTS** the motion and **DENYS** Plaintiff's request for attorneys' fees and cost.

**SIGNED** on _____.

_____
**US DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I certify that on January 9, 2003, a true and correct copy of Defendants' Motion for Reconsideration on Attorneys' Fees and Cost was served in the manner specified below pursuant to the Federal Rules of Civil Procedure.

Stevenson & Ammons, L.C
Mr. Robert E. Ammons
3700 Montrose Ave.
Houston, Texas 77006

**VIA CERTIFIED MAIL AND RETURN RECEIPT REQUESTED**

_____
JULIAN RODRIGUEZ, JR.
ATTORNEY FOR DEFENDANTS