*13*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **RAMON GARCIA, P.C.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action B-02-160 |
| | § | |
| **JULIAN RODRIGUEZ and** | § | |
| **LAW OFFICES OF JULIAN RODRIGUEZ** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

BE IT REMEMBERED that on February 25, 2003, the Court considered and **DENIED** Defendants' Motion For Reconsideration on Attorneys' Fees And Cost [sic] [Dkt. No. 12].  Defendants will pay Plaintiff $2,400 for just costs and expenses, including attorneys' fees within thirty days, or the Court will consider what further sanctions are appropriate.

DONE at Brownsville, Texas, this 25th day of February 2003.

Hilda G. Tagle
United States District Judge