IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

**RAMON GARCIA, P.C.** §
§
Plaintiff, §
§
v. § Civil Action B-02-160
§
**JULIAN RODRIGUEZ and** §
**LAW OFFICES OF JULIAN RODRIGUEZ** §
§
Defendants. §
§

## FINAL JUDGMENT

BE IT REMEMBERED that on March 24, 2003, the Court **GRANTED** in part and **DENIED** in part Plaintiff's Motion To Enforce Order Awarding Attorneys' Fees And Costs [Dkt. No. 14].

On December 18, 2002, the Court entered an order remanding this matter to the 332nd Judicial District Court of Hidalgo County, Texas, and awarding $2,400 for just costs and expenses, including attorneys' fees. Defendants have not yet made payment. Defendants are hereby **ORDERED** to remit $2,400 to Plaintiff no later than April 4, 2003.

Plaintiff's request for an additional $800 in attorneys' fees for attorneys' fees associated with drafting the motion before the Court is **DENIED**. However, if Defendant fails to pay Plaintiff $2,400 on or before April 4, 2003, the Court will reconsider its ruling on additional attorneys' fees resulting from this and any future motion.

This is a final judgment pursuant to Federal Rules of Civil Procedure Rule 58.

DONE at Brownsville, Texas, this 24th day of March 2003.

Hilda G. Tagle
United States District Judge